United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  HOGAN LOVELLS US LLP,

   Appellant,

8

   v.

9

   HOWREY LLP,

10

   Appellee.

11
   PILLSBURY WINTHROP SHAW
12 PITTMAN LLP,

   Appellant,

13

   v.

14

15 HOWREY LLP,

   Appellee.

16
   SEYFARTH SHAW LLP,
17
   Appellant,

18

   v.

19

   HOWREY LLP,

20

   Appellee.

21
   PERKINS COIE LLP,
22
   Appellant,

23

   v.

24

   HOWREY LLP,

25

   Appellee.

26
27
28

Case Nos. 14-cv-04882-JD
          14-cv-04883-JD
          14-cv-04884-JD
          14-cv-04885-JD
          14-cv-04886-JD
          14-cv-04887-JD
          14-cv-04888-JD
          14-cv-04889-JD

**ORDER CONSOLIDATING CASES AND ORDERING BRIEFING SCHEDULE**

| | |
|---|---|
| NEAL, GERBER & EISENBERG LLP,<br><br>        Appellant,<br><br>   v.<br><br>HOWREY LLP,<br><br>        Appellee. | |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP,<br><br>        Appellant,<br><br>   v.<br><br>HOWREY LLP,<br><br>        Appellee. | |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP,<br><br>        Appellant,<br><br>   v.<br><br>HOWREY LLP,<br><br>        Appellee. | |
| JONES DAY,<br><br>        Appellant,<br><br>   v.<br><br>HOWREY LLP,<br><br>        Appellee. | |

The Court finds that these cases involve common issues of law and consolidates them pursuant to Fed. R. Civ. P. 42(a). *See also* Fed. R. Bankr. P. 8002 advisory committee's note ("The district courts and bankruptcy appellate panels have inherent authority to consolidate appeals."). Case No. 14-cv-04889-JD will be the lead case in which all future filings should be made.

The Court orders the following briefing and hearing schedule, which is based on the parties' joint proposal:

1. Jones Day will file an opening brief on appeal of not more than 25 pages by January 13, 2015.

2. Any other defendant wishing to join the Jones Day opening brief must file a notice of joinder by January 13, 2015.

3. If a joining defendant believes in good faith that it has unique factual or legal issues that should be brought to the Court's attention and that are not otherwise covered in the Jones Day brief, it may file a supplemental brief of up to 6 pages by January 13, 2015. The Court expects that this option will be used sparingly.

4. Plaintiff will file an opposition brief of no more than 25 pages by February 24, 2015. If any other defendant files a supplemental brief, plaintiff may use an additional number of pages not to exceed the number of pages of supplemental briefing;

5. Jones Day will file a reply brief of no more than 15 pages by March 10, 2015;

6. Any other defendant may file a reply to plaintiff's opposition brief of no more than 3 pages by March 10, 2015, only if that defendant filed a supplemental brief pursuant to paragraph 3.

7. The Court will hear argument on May 6, 2015, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: December 3, 2014

_____
JAMES DONATO
United States District Judge

3